UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David R. Proverb

    v.                                          Civil No. 08-cv-431-PB

Hillsborough County Department
of Corrections, Superintendent et al


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $20.00 is due when his account is replenished.  In addition, 20% of each preceding month's income credited to plaintiff's account is to be remitted by the Hillsborough County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: October 22, 2008

cc:    David R. Proverb
       Bonnie S. Reed, Financial Administrator
       Hillsborough County Department of Corrections, Inmate
       Accounts