UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David R. Proverb

          v.                      08-cv-431-PB

Superintendent, HCDOC


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Arenas dated February 13, 2009, no objection having been filed.

SO ORDERED.


May 6, 2009                            /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge


cc:     David R. Proverb, Pro Se
         Elizabeth Hurley, Esq.